UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-1563-DMG (JPRx) | Date | September 8, 2022 |

| | |
|---|---|
| Title | *J.C. v. County of Los Angeles, et al.* |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NONE REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS - ORDER AND NOTICE TO PARTIES**

On June 7, 2022, the Court ordered Plaintiff to show cause in writing, no later than June 14, 2022, why the above-entitled action should not be dismissed as to Defendants Judith Zissa and Caleb Beyah for failure to prosecute ("OSC"). [Doc. # 41.] On June 14, 2022, the Court extended the OSC deadline to August 15, 2022. [Doc. # 43.] To date, Plaintiff has not filed a response.

Accordingly, good cause appearing, the Court **DISMISSES** this action without prejudice as to Defendants Judith Zissa and Caleb Beyah only under Federal Rule of Civil Procedure 4(m) for failure to prosecute.

IT IS SO ORDERED.