UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| Case No. | **CV 22-1563-DMG (JPRx)** | Date | November 13, 2023 |
|---|---|---|---|

| Title | ***J.C. v. County of Los Angeles, et al.*** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS ON THE PARTIES' COUNSEL AND STRIKE THE REQUEST FOR JURY TRIAL**

Pursuant to this Court's Scheduling and Case Management Order Re Jury Trial ("CMO"), filed June 14, 2022 [Doc. # 44-1], the parties were required to file their Joint Status Report re Settlement, Proposed Pretrial Conference Order, Contentions of Fact and Law, Pretrial Exhibit Stipulation, Joint Exhibit List, Witness Lists and Joint Trial Witness Time Estimate Form, Agreed Statement of the Case, Proposed *Voir Dire* Questions, Joint Statement of Jury Instructions and Joint Statement of Disputed Instructions, and Verdict Forms by October 31, 2023, in preparation for the Final Pretrial Conference set for November 21, 2023.

To date, the parties have not filed *any* of these documents. Plaintiff's and Defendants' respective attorneys are hereby **ORDERED TO SHOW CAUSE** why the Court should not impose sanctions upon them for their failure to comply with a Court Order and deem the request for jury trial waived. *See* CMO at 5, 10 [Doc. # 44]. The attorneys' joint response to this Order shall be filed **by November 16, 2023.**

**IT IS SO ORDERED.**