JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| J.C., a minor by and through her Guardian *ad Litem*, JEFFREY COOKE,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, by and through THE LOS ANGELES COUNTY DEPARTMENT OF FAMILY SERVICES; JUDITH ZISSA, an individual, CALEB BEYAH, an individual, KRISTY JOHNSON, an individual, and Does 1 through 50, inclusive,<br><br>Defendants. | Case No.: CV 22-1563-DMG (JPRx)<br><br>**ORDER APPROVING SETTLEMENT OF MINOR J.C.'S CLAIMS AND DISTRIBUTION OF FUNDS [68]** |

J.C., through her Guardian *Ad Litem* and Petitioner Jeffrey Cooke, has petitioned the Court for approval of a proposed compromise of J.C.'s claims against Defendants and the disposition of the proceeds of the settlement. [Doc. # 68 ("Petition").] The parties report having reached a settlement on April 29, 2024 of the above-captioned matter for a gross global figure of $45,000. *Id.* at 4. The settlement apportions the gross global figure as

follows: $45,000 to plaintiff J.C., less 25% in attorney's fees, to be held in trust until J.C. reaches the age of eighteen, at which point she shall enjoy unrestricted and sole access to funds along with any and all interest accrued. The Court finds that a fee award of 25% of J.C.'s gross recovery is reasonable, as it was set forth in the fee agreement and is far below the lodestar. No costs or expenses will be taken from J.C.'s portion of the settlement.

Having found that Petitioner has complied with the requirements of Local Rules 17-1.2 and 17-1.3, California Civil Procedure Code section 372, and California Rule of Court 3.1384, the Court **GRANTS** Plaintiff's Petition.

**IT IS HEREBY ORDERED** as follows:

1. The proposed settlement is fair, reasonable, and in the best interests of Plaintiff J.C. under the totality of the circumstances;
2. The $45,000 gross global figure shall be allocated as follows:
   a. $33,750 to minor plaintiff J.C., and
   b. $11,250 to Plaintiffs' counsel in attorney's fees.
3. J.C.'s settlement funds shall be placed into a trust account with the financial institution Golden 1 Credit Union to be accessed for any purpose and without limitation only upon Minor J.C.'s eighteenth birthday.

DATED: July 26, 2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE