Jon F. Monroy, SBN 51175
Jennifer E. Gysler, SBN 143449
MONROY, AVERBUCK & GYSLER
200 N. Westlake Blvd., Ste 204
Westlake Village, CA 91362
(818) 400-4812

Attorneys for Defendant, COUNTY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., a minor, by and through her Guardian Ad Litem, JEFFREY COOKE et al.<br><br>    Plaintiffs,<br>  vs.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>    Defendants. | Case No.: 2:22-CV-01563 DMG JPR<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)] |

The parties hereby file this Dismissal with Prejudice, pursuant to FRCP 41(a)(1)(A)(ii), as all settlement documents and funds have been exchanged and deposited pursuant to Court Orders.

DATED: July 31, 2025            **Law Office of Vincent W. Davis & Associates**

By: */s/: Vincent W. Davis, Esq.*

Vincent W. Davis, Esq.
Eri Diaz Aguilar, Esq.
Attorneys for
Plaintiff A.V. P.

Dated: July 29, 2025            MONROY, AVERBUCK & GYSLER

*Jennifer E. Gysler*             .
JON F. MONROY
JENNIFER E. GYSLER
Attorneys for Defendants
COUNTY OF LOS ANGELES,

**PROOF OF SERVICE**
**STATE OF CALIFORNIA – COUNTY OF LOS ANGELES**
**CCP 1013(A)**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 200 N. Westlake Blvd, Ste 204, Westlake Village, CA 91362.

On July 31, 2025, I caused to be served the foregoing document described as on the interested parties in this action as follows:
STIPULATED DISMISSAL

[ ] **By telecopier:** By transmitting an accurate copy via telecopy to the person and telephone number as follows:

[ x] by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelopes addressed as follows:

Vincent W. Davis
Eri Aguilar
Law Offices of Vincent W. Davis & Associates
150 N. Santa Anita Ave, Ste 200
Arcadia, CA 91006
[x] per ECF System
[ ] **BY MAIL:**
[ ]   I deposited such envelope in the mail at Westlake Village, California. The envelope was mailed with postage thereon fully prepaid.
[ X ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Westlake Village, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
 [ ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand, to addressee or offices of addressee.
[X]   **(STATE)**   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
[ ]   **(FEDERAL)**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.
**Executed on July 31, 2025, at Westlake Village, California.**

Jennifer Gysler          *Jennifer Gysler*            .